UNDER SEAL

FILED
CHARLOTTE, NC

OCT 22 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO: 5:25-CR-49-KDB

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>SCOTT DAVID MASON )<br>) | **ORDER TO SEAL INDICTMENT** |

**UPON MOTION** of the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Seal and this Order and Indictment be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order and Indictment be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 22nd day of October 2025.

_____
UNITED STATES MAGISTRATE JUDGE