Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

| | | |
|---|---|---|
| **CASE SEALED:** ⦿ YES ◯ NO | **DOCKET NUMBER:** | 5:25-CR-49-KDB |

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | | |
|---|---|---|
| **CASE NAME** | :US vs | SCOTT DAVID MASON |
| **COUNTY OF OFFENSE** | : | IREDELL |
| **RELATED CASE INFORMATION** | : | |
| *Magistrate Judge Case Number* | : | |
| *Search Warrant Case Number* | : | 3:25-MJ-173; 3:25-MJ-183; 3:25-MJ-184; and 3:25-MJ-190 |
| *Miscellaneous Case Number* | : | |
| *Rule 20b* | : | |
| **SERVICE OF PROCESS** | : | ARREST WARRANT |

**U.S.C. CITATIONS** (Mark offense carrying greatest weight): ◯ Petty ◯ Misdemeanor ⦿ Felony

18 U.S.C. § 2252A(a)(2)(A); and 18 U.S.C. § 2252A(a)(5)(B)

**JUVENILE:** ◯ Yes ⦿ No

| | | |
|---|---|---|
| **ASSISTANT U. S. ATTORNEY** | : | DANIEL CERVANTES |
| **VICTIM/WITNESS COORDINATORS:** | | SHIRLEY RUTLEDGE |
| **INTERPRETER NEEDED** | : | |
| **LIST LANGUAGE AND/OR DIALECT:** | | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | | |

(Maintain form in the Attorney Work Product folder / purge before archiving.)