# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. Scott David Mason

Case Number: 5:25-cr-49-KDB

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 18 U.S.C. § 2252A(a)(2)(A), (b)(1) | 5 years | a mandatory minimum of 5 years and a maximum of 20 years, but if defendant has a prior qualifying conviction, minimum of 15 years and a maximum of 40 years; a maximum $250,000 fine; special assessments: $5,000.00 under 18 U.S.C. §3014; up to $35,0000 under 18 U.S.C. §2259A(a)(2); supervised release – man. min 5 years up to lifetime |
| 2 | 18 U.S.C. § 2252A(a)(5)(B), (b)(2) | 0 years | no minimum and a maximum of 10 years, but if defendant has a prior qualifying conviction, mandatory minimum of 10 years and a maximum of 20 years; a maximum $250,000 fine; special assessments: $5,000.00 under 18 U.S.C. §3014; up to $17,0000 under 18 U.S.C. §2259A(a)(1); supervised release – man. min 5 years up to lifetime |