FILED
Charlotte
Oct 29 2025
U.S. District Court
Western District of N.C.

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
Western District of North Carolina

**RECEIVED**
**UNITED STATES MARSHAL**
**12:09 pm, Oct 23 2025**
**WESTERN NORTH CAROLINA**
**CHARLOTTE**

| | |
|---|---|
| United States of America<br>v.<br>SCOTT DAVID MASON<br>*Defendant* | )<br>)<br>) Case No. 5:25-CR-49-KDB<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* SCOTT DAVID MASON,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252A(a)(2)(A) - Distribution of Child Pornography
18 U.S.C. § 2252A(a)(5)(B) - Possession and Access with Intent to View Child Pornography

Date: 10/22/2025

*Issuing officer's signature*

City and state: Charlotte, North Carolina

KATHERINE HORD SIMON, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 10/23/25, and the person was arrested on *(date)* 10/27/25
at *(city and state)* CHARLOTTE, NC.

Date: 10/27/25

*Arresting officer's signature*

M. OWENS, DUSM
*Printed name and title*