IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

vs.                                                    Docket No. 5:25CR49

SCOTT MASON

## UNOPPOSED MOTION FOR 6-DAY EXTENSION OF TIME TO RESPOND TO MOTION RE: FILTER PROTOCOL

1. On October 28, 2025, the Government filed a "Motion for Filter Protocol." The Court assigned a one-week response deadline for November 4, 2025.
2. Through this Motion, the Government seeks to review downloads of entire devices associated with the Defendant through a filter team, as opposed to a special master.
3. As noted by the Government, the Defendant was a non-lawyer partner working in Government relations, frequently with lawmakers, at a major internation law firm.
4. Their Motion addresses extremely nuanced and complicated issues, including, but not limited to, the application of privilege to non-lawyer agents, and whether beginning review of a privileged device breaches that privilege.
5. The Defense is working diligently on a response, but believes it needs several additional days to adequately respond to the Government's arguments. The Defense requests an additional six days, which would put their response deadline at November 10, 2025.
6. The Government, who seeks to begin review of the devices, does not oppose this extension.

The Defense requests that the Court permit the defense **up to November 10, 2025,** to respond to the Government's Motion.

Respectfully submitted this 2nd day of October, 2025.

**s/Rob Heroy**
W. Rob Heroy
Attorney for Defendant

Goodman Carr, PLLC
301 S. McDowell St., #602
Charlotte, NC 28211
(704)372-2770
rheroy@goodmancarr.net

## CERTIFICATE OF SERVICE

I, W. Rob Heroy certify that on November 2, 2025, I filed the Defendant's Motion to Continue with the Clerk of the Court for the United States District Court for the Western District of North Carolina by using the CM/ECF system which will send notification to all parties to this action, including AUSA Daniel Cervantes.

    <u>s/Rob Heroy</u>
    W. Rob Heroy
    Attorney for Defendant
    Goodman Carr, PLLC
    301 S. McDowell St., #602
    Charlotte, NC 28204
    (704)372-2770