IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:25-CR-049-KDB-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SCOTT DAVID MASON, | ) | |
| | ) | |
| **Defendant**. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Unopposed Motion For 6-Day Extension Of Time To Respond To Motion Re: Filter Protocol" (Document No. 12) filed November 2, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Unopposed Motion For 6-Day Extension Of Time To Respond To Motion Re: Filter Protocol" (Document No. 12) is **GRANTED**. Defendant's response to the United States's "Motion For Filter Protocol" is due on or before **November 10, 2025**.

**SO ORDERED**.

Signed: November 3, 2025

David C. Keesler
United States Magistrate Judge