# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
### CASE NO. 5:25-CR-049-MEO-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SCOTT DAVID MASON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Unopposed Amended Motion To Approve Overnight Travel To The Southern District Of New York" (Document No. 31) filed April 13, 2026. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Unopposed Amended Motion To Approve Overnight Travel To The Southern District Of New York" (Document No. 31) is **GRANTED**. Defendant may travel to the Southern District of New York from April 15, 2026, to April 16, 2026. Defendant must remain in the Southern District of New York for the duration of his trip, notify the United States Probation Office of all travel arrangements, and remain subject to monitoring. Defendant shall comply with all other conditions of his release.

**SO ORDERED**.

Signed: April 14, 2026

David C. Keesler
United States Magistrate Judge